IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**WARD W. KIDDER,**

    **Plaintiff,**

vs.                                      No. CIV 1:13-cv-0391 KG-CG

**INTEL CORPORATION,**

    **Defendant.**

## ORDER AMENDING PRE-TRIAL DEADLINES

THIS MATTER having come before this Court for consideration of the parties' Joint Motion to Amend Pre-Trial Deadlines (Doc. 61), this Court having reviewed the Joint Motion, having considered its premises and otherwise being fully apprised hereby finds that said motion is well taken and is therefore granted.

IT IS THEREFORE ORDRED that the pre-trial deadlines entered at the Initial Pre-Trial Conference on June 20, 2014 and outlined in Doc. 50 are hereby amended as follows:

1. Designation of deposition testimony – July 11, 2014.

2. Objections to the use of deposition testimony shall be filed by July 16, 2014.

3. Proposed Jury Instructions shall be filed no later than July 11, 2014.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

1

Approved:

/s/ electronically 7/8/14
_____
Donald G. Gilpin, Esq.
Attorney for Plaintiff Ward W. Kidder
The Gilpin Law Firm, LLC
6100 Indian School Road, NE, Suite 201
Albuquerque, New Mexico 87110
ggd48@aol.com


/s/
_____
Paul Maestas, Esq.
Attorney for Defendant Intel Corporation
Maestas & Suggett, P.C.
Sun Valley Commercial Center
316 Osuna Road, NE, Suite 103
Albuquerque, New Mexico  87107-5950
Telephone: (505) 247-8100
E-Mail: paul@maestasandsuggett.com