IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WARD W. KIDDER,

    Plaintiff,

vs.                                                                                    Civ. No. 13-391 KG/CEG

INTEL CORPORATION,

    Defendant.

## ORDER

    This matter comes before the Court upon Defendant's Amended Motion in Limine, filed on July 8, 2014. (Doc. 62). Defendant seeks to exclude statements made to Plaintiff by Abad Valdez as hearsay. On July 14, 2014, in ruling on Defendant's Motion for Summary Judgment (Doc. 45), the Court determined that the Valdez statements were not hearsay and were, therefore, admissible. (Doc. 72) at 8. Because the Court has already ruled on the subject of the Amended Motion in Limine, the Court denies the Amended Motion in Limine as moot.

    IT IS ORDERED that Defendant's Amended Motion in Limine (Doc. 62) is denied as moot.

_____
UNITED STATES DISTRICT JUDGE