IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WARD W. KIDDER,

    Plaintiff,

vs.                                        Civ. No. 13-391 KG/CG

INTEL CORPORATION,

    Defendant.

## ORDER

This matter comes before the Court upon Plaintiff's Opposed Motion for Stay of Proceedings Pursuant to NMRA 2015, Rule § 16-11 (Motion for Stay), filed on April 20, 2015. (Doc. 85). Defendant filed a response on April 27, 2015. (Doc. 87). The Court then held a telephonic hearing on the Motion for Stay on April 28, 2015. Present at the hearing was Plaintiff's counsel, Donald Gilpin, and Defendant's counsel, Paul Maestas.

Having considered the Motion for Stay, the response, and the comments of counsel at the telephonic hearing, the Court GRANTS the Motion for Stay in that

    1.  the April 30, 2015, pretrial conference is vacated;

    2.  the May 18, 2015, trailing trial docket setting is vacated;

    3.  the trial date will be set on the September trailing trial docket; and

    4.  a telephonic status hearing is set for May 26, 2015, at 2:00 p.m.

IT IS SO ORDERED.

                                                                      _____
                                                                      UNITED STATES DISTRICT JUDGE