IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WARD W. KIDDER,

    Plaintiff,

vs.                                                                         Civ. No. 13-0391 KG/CG

INTEL CORPORATION,

    Defendant.

## ORDER SETTING A TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **WEDNESDAY, AUGUST 26, 2015, AT 4:00 PM**. Counsel shall call Judge Gonzales' Meet Me line at 505.348.2354 to be connected to the proceedings. *This line can only accommodate up to five telephone lines, including the Courts; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.*

_____
UNITED STATES DISTRICT JUDGE