IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WARD W. KIDDER,

       Plaintiff,

vs.

       No. CIV 1:13-cv-00391 KG/CEG

INTEL CORPORATION,

       Defendant.

## ORDER OF DISMISSAL

THIS MATTER having come before the Court on Plaintiff's Unopposed Motion to Dismiss, and the Court being fully advised therein,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Unopposed Motion to Dismiss is well taken and hereby granted. Plaintiff's Complaint is dismissed with prejudice. Each party is to bear its own costs and fees.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Approved:

*/s/ Donald G. Gilpin*
Donald G. Gilpin, Esq.
The Gilpin Law Firm, LLC
6100 Indian School Rd., NE, Ste. 201
Albuquerque, NM    87110-4180
Tel. (505) 244-3861
ggd48@aol.com
*Attorney for Plaintiff*


_____
Paul Maestas, Esq.
Maestas & Suggett, P.C.
Sun Valley Commercial Center
316 Osuna Road, NE, Ste. 103
Albuquerque, NM    87107-5950
Tel. (505) 247-8100
paul@maestasandsuggett.com
*Attorney for Plaintiff*